# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

V.                         CASE NO. 5:15-CR-50082

MARKICE JASPER                                                     DEFENDANT

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 14) filed in this case on December 15, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 13, ¶ 3).

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Defendant's guilty plea is accepted, and the written plea agreement is **TENTATIVELY APPROVED**, subject to final approval at sentencing.

**IT IS SO ORDERED** this 16th day of December, 2015.

                                               /s/ Timothy L. Brooks
                                               TIMOTHY L. BROOKS
                                               UNITED STATES DISTRICT JUDGE